JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DALE HAWKINS,<br><br>                    Petitioner,<br><br>          v.<br><br>D. SAMUEL,<br><br>                    Respondent. | Case No. 2:22-cv-06740-MCS-AGR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition, it is ordered, adjudged, and decreed that the petition is dismissed without prejudice for lack of jurisdiction. Petitioner shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: October 11, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE